AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Peter Glassman | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv1249 |
| Arlington County, et al | ) | |
| Defendant | ) | |

2009 NOV -6  P 3:00

CLERK US DISTRICT
ALEXANDRIA, VIRGINIA

## Summons in a Civil Action

To: *(Defendant's name and address)*

Arlington County
Serve: County Attorney, Stephen MacIsaac
2100 Clarendon Blvd., Suite 403
Arlington, VA 22201

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA 22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____    _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED

2009 NOV -6  P 3: 18

CLERK US ...
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Peter Glassman | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv1249 |
| Arlington County, et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Barbara Favola
Chairperson for Board of Co. Supervisors
2100 Clarendon Blvd., Suite 300
Arlington, VA 22201

A lawsuit has been filed against you.

Within ~~20~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA  22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 NOV -6 P 3:13

CLERK US
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Peter Glassman | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09CV1249 |
| Arlington County, et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Jay Fisette

2100 Clarendon Blvd., Suite 300
Arlington, VA 22201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA 22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED
2009 NOV -6  P 3: 18

CLERK US...
ALE...

| | |
|---|---|
| Peter Glassman | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09cv1249 |
| Arlington County, et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

J. Walter Tejada

2100 Clarendon Blvd., Suite 300
Arlington, VA 22201

A lawsuit has been filed against you.

Within ~~20~~ 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA 22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED

2009 NOV -6 P 3: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Peter Glassman | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv1249 |
| Arlington County, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Chris Zimmerman

2100 Clarendon Blvd., Suite 300
Arlington, VA 22201

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA 22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED

2009 NOV -6  P 3: 18

CLERK ...
... VIRGINIA

| Peter Glassman | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv1249 |
| Arlington County, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Mary Hughes Hynes

2100 Clarendon Blvd., Suite 300
Arlington, VA 22201

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen G. Cochran, Esq.
8280 Greensboro Drive, Suite 601
McLean, VA 22102
(703) 749-6034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____           _____
                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*