IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PETER GLASSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01:09-cv-1249 |
| ) | |
| ARLINGTON COUNTY, VIRGINIA, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motions to Dismiss the Verified Amended Complaint are GRANTED, and this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
April 12, 2010